UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAMDUAN KERDNIYOM, on behalf of herself
and others similarly situated,

                          Plaintiff,

       -against-

FRANKIE THAI'S, INC., d/b/a FRANKLY THAI,
ET AL.,

                         Defendants.
-------------------------------------------------------------X

**ORDER**
17-cv-4358 (JFB) (AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 18 2018 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

      The parties have submitted to the Court for approval a Settlement Agreement, which has been executed by both sides, resolving the instant litigation. (ECF No. 23-1.)

      It is well settled that judicially supervised settlements are an exception to the rule that employees cannot waive claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, for unpaid wages and overtime. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206-07 (2d Cir. 2015). Having carefully reviewed the Settlement Agreement and Release and the plaintiff's submissions regarding the settlement, for the reasons set forth on the record during the conference held on April 16, 2018, the Court finds that it is fair and reasonable under all of the circumstances and, thus, grants approval of the Settlement Agreement, including attorney's fees and costs.

**SO ORDERED.**

S| Joseph F. Bianco
_____
Joseph F. Bianco
United States District Judge

Dated: April 18, 2018
       Central Islip, New York