EXHIBIT A.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ APR 18 2018

LONG ISLAND OFF.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
KERDNIYOM *et al.*

                Plaintiff,

v.

FRANKIE THAI'S INC. d/b/a Frankly Thai *et al.*

                Defendants.
------------------------------------------------------------x

Case No. 17-cv-04358

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

TROY LAW, PLLC
*Attorneys for the Plaintiff*

By: _____
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel: 718 762 1324

FEATHER LAW FIRM, P.C.
*Attorneys for Defendants*

_____
David Scott Feather, Esq.
666 Old Country Road, Suite 605
Garden City, NY 11530
Tel: 5167459000

SO ORDERED.

_____

The Clerk of the Court shall close the case.

SO ORDERED
S/ Joseph F. Bianco
_____
Joseph F. Bianco
USDJ
Date: April 18, 2018
Central Islip, N.Y.